[No. 18565–9–I. Division One. December 30, 1987.]

NEWCOM, INC., *Appellant,* v. EVERETT FEDERAL SAVINGS AND LOAN ASSOCIATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–02363–1, Gerald L. Knight, J., entered April 3, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 19056–3–I. Division One. December 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNETT R. ALTHEIMER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00283–5, Norman W. Quinn, J., entered July 23, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 18334–6–I. Division One. December 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PAULA ANN REYNOLDS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03347–3, Robert E. Dixon, J., entered March 28, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Coleman, JJ.